```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MICHIGAN
                     SOUTHERN DIVISION
```

MARTY SIMS #351079,

    Plaintiff,

v                                         Case No. 07-10117

PATRICIA CARUSO, JOHN                     DISTRICT JUDGE ARTHUR J. TARNOW
RUBITSCHUN, ENID LIVINGSTON,
and JOHN QUINLAN,                         MAG. JUDGE R. STEVEN WHALEN

    Defendants.

_____/

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

    There having been no objection to Magistrate Judge Whalen's Report and Recommendation [Docket #35] filed February 10, 2009 and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Whalen is ADOPTED and Defendants' Motion to Dismiss/Summary Judgment is GRANTED.

                                          <u>s/Arthur J. Tarnow</u>
                                          Arthur J. Tarnow
                                          United States District Judge

Dated: March 3, 2009

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on March 3, 2009, by electronic and/or ordinary mail.

                                            <u>s/Catherine A. Pickles</u>
                                            Judicial Secretary